UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

RICHARD DALY,

             Plaintiff,

      - against -

METRO-NORTH COMMUTER RAILROAD,

             Defendant.
------------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

08 CV 00234 (GEL)

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate

Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant

Metro-North Commuter Railroad ("Metro-North") certifies that Metro-North is a Public Benefit

Corporation organized and existed under the laws of the state of New York and does not have  any

outstanding securities in the hands of the public.

      These representations are made in order that the judges of this court may determine the need for

recusal.

Dated:        New York, New York
            February 29, 2008

                        Respectfully submitted,

                        LANDMAN CORSI BALLAINE & FORD P.C.

      By:      _Philip DiBerardino_____
                        Philip DiBerardino (PD 9274)
                        Attorneys for Defendant
                        Metro-North Commuter Railroad
                        120 Broadway, 27th Floor
                        New York, New York 10271-0079
                        (212) 238-4800

TO:        LAW OFFICES OF MICHAEL FLYNN PC
           Attorneys for Plaintiff
           1205 Franklin Avenue
           Garden City, New York 11530
           (516) 877-1234

457554.1

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

       **Jelena Brigida**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at BROOKLYN, NEW YORK.

       That on the 29th day of February, 2008, deponent served the within **RULE 7.1 STATEMENT**
upon

                    LAW OFFICES OF MICHAEL FLYNN PC
                    Attorneys for Plaintiff
                    1205 Franklin Avenue
                    Garden City, New York 11530
                    (516) 877-1234

attorneys in this s action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                   _____
                                        Jelena Brigida

Sworn to before me this
29th day of February, 2008

_____
     Notary

MIRIAM DEIKUN
Notary Public, State of New York
No. 01DE6141377
Qualified in Queens County
Commission Expires February 21, 20__