UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RICHARD DALY,

                         Plaintiff,

        v.

METRO-NORTH COMMUTER RAILROAD,

                         Defendant.

------------------------------------------------------------X

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 234 (GEL) (RLE)

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*

     _____
     _____

     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

     Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

     Particular Motion:_____

     All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
               July 24, 2008

                                              _____
                                              GERARD E. LYNCH
                                            United States District Judge