UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RICHARD DALY

       Plaintiff,

- against -

METRO-NORTH COMMUTER RAILROAD,

       Defendant.
----------------------------------------------------------------X

**APPEARANCE**

08 Civ. 0234 (GEL)

    Please enter the appearance of the undersigned on behalf of defendant, Metro-North Commuter Railroad.

Dated:    New York, New York
             July 25, 2008

                        Respectfully submitted,

                        **LANDMAN CORSI BALLAINE & FORD P.C.**

                        By_____
                        Jason A. Buskin (JB5210)
                        Attorneys for Defendant
                        METRO-NORTH COMMUTER RAILROAD
                        120 Broadway - 27th floor
                        New York, NY 10271-0079

TO:    Law Offices of Michael Flynn, PC
         Attorneys for Plaintiff
         1205 Franklin Avenue
         Garden City, New York 11530

465831.1 DocsNY